

# Fourth Court of Appeals
## San Antonio, Texas

December 9, 2022

No. 04-22-00748-CR

**IN RE** David Gene **BECKA**

Original Mandamus Proceeding[1]

# O R D E R

Sitting:     Patricia O. Alvarez, Justice
             Luz Elena D. Chapa, Justice
             Lori I. Valenzuela, Justice

On November 4, 2022, relator filed a combined petition for writ of mandamus and prohibition. Additionally, relator filed an emergency motion for stay, which we granted in part (Stay order). In the Stay order, we noted our order did not affect the previously scheduled hearing in the trial court from proceeding on November 9, 2022.

On November 7, 2022, we ordered relator to file an advisory detailing the outcome of the November 9, 2022 hearing and any change in the mandamus relief sought. Relator filed an advisory representing the trial court canceled the November 9, 2022 hearing, and it therefore did not take place. However, relator represents the parties are continuing to communicate to resolve the issues presented in this original proceeding. Relator requests this court leave the Stay order in place until the parties reach a resolution on the underlying issues.

This court believes a serious question concerning the mandamus relief sought requires further consideration. *See* TEX. R. APP. P. 52.8(b). Respondent and real party in interest may file a response to the emergency motion for stay in this court **no later than December 16, 2022.** Respondent and real party in interest may file a response to the petition in this court **no later than December 29, 2022.** Any such response must conform to Texas Rule of Appellate Procedure 52.4.

---

[1] This proceeding arises out of Cause No. 2019-CR-1257, styled *The State of Texas vs. David Becka*, pending in the 144th Judicial District Court, Bexar County, Texas, the Honorable Andrew Wyatt Carruthers presiding.

FILE COPY

It is so **ORDERED** on December 9, 2022.

PER CURIAM

ATTESTED TO:

MICHAEL A. CRUZ,
CLERK OF COURT